813 F.2d 398
 38 Ed. Law Rep. 111
 Student Roe, By Roe (M.)
v.
Comm. of Pa., Secretary of Ed., Smith (Margaret A.), Comm.
of Pa. Exec. Secretary, State Bd. of Ed., Grotsky (Jeffrey),
Comm. of Pa., Members, State Bd. of Ed., Hershey (John),
Antoun (Sister Lawreace), Benovitz (Madge), Doms (Keith),
Dowling (Anna L.), Foz (Donald), Horton (Earl), Johnson
(Paulette), Kimmel (William), Lauterbach (Herbert),
Barensfeld (Robert), Panagoplos (Nicholas), Sullivan
(Frank), Bensalem Twp. School Dist
 NO. 86-1485
 United States Court of Appeals,
Third Circuit.
 FEB 02, 1987
 
 1
 Appeal From: E.D.Pa.,
 
 638 F.Supp. 929
 
 2
 AFFIRMED.